*T. Means*, for the plaintiff.

---

OSBORN and Others *v*. THE STATE on the relation of the AUDITOR OF DELAWARE COUNTY.

Saturday, December 31.

ERROR to the *Delaware* Circuit Court.

*Per Curiam*.—In this case there is no brief from either party.

Judgment on a demurrer to the declaration, and assessment of damages by a jury.

The evidence is not upon the record.

A motion was made to quash the writ, which was overruled.

It appears, on looking through the record, that no point, unless of a frivolous character, is presented, and the judgment is affirmed, with 10 per cent. damages and costs.

W. *March* and J. S. *Buckles*, for the plaintiffs.

D. *Kilgore* and T. J. *Sample*, for the state.